**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **NB Mountain Valley Leaseco, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-1547867** |
| **4.** | **Debtor's address** | **Principal place of business**  **1100 Via Callejon**  **Suite A**  **San Clemente, CA 92673**  Number, Street, City, State & ZIP Code    **Orange**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  **1000 Mountain Valley Drive, Morgantown, WV 26508**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://www.liveatmountainvalley.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  NB Mountain Valley Leaseco, LLC        Case number (if known)
        Name
No. 3:25-bk-00457   Doc 1   Filed 08/19/25   Entered 08/19/25 16:30:38   Page 2 of 16

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | NB Mountain Valley DST | Relationship | **Affilate** |
| | District | Northern District of West Virginia | When | Case number, if known |

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency  _____
          Contact name  _____
          Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2025**
MM / DD / YYYY

**X** /s/ Patrick Nelson                                  Patrick Nelson
Signature of authorized representative of debtor         Printed name

Title  **Principal**

**18. Signature of attorney**

**X** /s/ Stephen L. Thompson                             Date  **August 19, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Stephen L. Thompson**
Printed name

**Barth & Thompson**
Firm name

**P. O. Box 129**
**Charleston, WV 25321**

Number, Street, City, State & ZIP Code

Contact phone  **304-342-7111**     Email address  **sthompson@barth-thompson.com**

**3751 WV**
Bar number and State

ACTION BY WRITTEN RESOLUTION
OF THE SOLE MEMBER AND MANAGER OF
NB MOUNTAIN VALLEY LEASECO, LLC

August 18, 2025

The undersigned, constituting the signatures of the managers of NB JV Partner, LLC and Terra Mountain Valley Pref LLC, as the members of NB Mountain Valley JV, LLC (the "**Member**"), being the sole member of NB MOUNTAIN VALLEY LEASECO, LLC (the "**Company**"), a Delaware limited liability company, and Patrick Nelson (the "**Manager**"), the authorized manager of the Company, hereby approves and adopts, in accordance with the laws of the State of Delaware and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Member and Manager have reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company is solely-owned by Member, NB Mountain Valley JV, LLC, a Delaware limited liability company, which has determined it is advisable and in the best interests of the Company to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "**Bankruptcy Code**");

**WHEREAS**, the Member has determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code; and

**WHEREAS**, Manager has also determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code, and has agreed to provide consent to the Company to do so in accordance with the Company's governance documents.

**NOW, THEREFORE, BE IT:**

1. **Commencement of Chapter 11 Case**

**RESOLVED**, that the Company may file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the Northern District of West Virginia (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**RESOLVED**, that Partick Nelson, Manager and President of the Company (the "**Authorized Person**") be, and hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and

perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's Chapter 11 Case and in furtherance of the restructuring of the Company's debts and obligations, all as consistent with these resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

  2.  **Retention of Advisors**

  **RESOLVED**, that the following professionals be engaged and retained on behalf of the Company: (i) Raines Feldman Littrell LLP as general bankruptcy counsel; (ii) financial advisors and consultants, if deemed necessary or appropriate by the Authorized Person; (iii) an investment banker, if deemed necessary or appropriate by the Authorized Person; (iv) a claims and/or noticing agent, if deemed necessary or appropriate by the Authorized Person; and (v) any other professionals deemed necessary and in the best interests of the Company; each to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities); and it is further

  **RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements with and pay appropriate retainers to the foregoing professionals and such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company, and to cause to be filed appropriate applications for authority to retain the services of such professionals; and it is further

  3.  **Financing**

  **RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and obtain postpetition financing and/or use of cash collateral, including under one or more debtor-in-possession credit facilities, as the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and to carry out and put into effect the purposes of these resolutions; and to enter into any guarantees and to pledge and grant liens on the Company's assets in support of such financing, and in connection therewith to execute appropriate loan agreements and related ancillary documents; with the actions of the Authorized Person taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such financing related documents, being deemed conclusive evidence of the approval and the necessity, desirability or appropriateness thereof; and it is further

  **RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with any such financing transaction(s) and all fees and expenses incurred by or on behalf of the Company in connection with these resolutions, in accordance with the terms of any financing related documents, which shall in his sole discretion be necessary, appropriate, or

2

desirable to perform any of the Company's obligations under or in connection with such financing arrangements and to carry out fully the intent of these resolutions; and it is further

    **4.**    <u>General</u>

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including (a) the negotiation of such additional agreements, amendments, modifications, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (b) the execution, delivery, performance and filing (if applicable) of any of the foregoing, and (c) the payment of all fees, consent payments, taxes, indemnities and other expenses, as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that any person dealing with the Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of the Authorized Person and by his execution of any document, agreement or instrument, the same to be a valid and binding obligation of such Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or desirable in the opinion of the Authorized Person, a true copy of the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by the Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as of the date such action or actions were taken.

**IN WITNESS WHEREOF**, the undersigned, signing in his capacity as manager of the Member and as Manager of the Company, hereby adopt and authorize the foregoing resolutions as of the date first written above.

**Member:**                                       NB Mountain Valley JV LLC,
                                                  A Delaware limited liability company

                                                  By _____
                                                  Patrick Nelson, Manager of
                                                  NB JV Partner, LLC
                                                  a Delaware limited liability company
                                                  Its Manager and Member

                                                  By _____
                                                  Patrick Nelson, Manager of
                                                  Terra Mountain Valley Pref LLC
                                                  a Delaware limited liability company
                                                  Its Member


**Manager:**                                      _____
                                                  Patrick Nelson

4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NB Mountain Valley Leaseco, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2025**        X  **/s/ Patrick Nelson**
                                          Signature of individual signing on behalf of debtor

                                          **Patrick Nelson**
                                          Printed name

                                          **Principal**
                                          Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **NB Mountain Valley Leaseco, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF WEST VIRGINIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Apartments.com<br>2563 Collection Center Drive<br>Chicago, IL 60693 | | | | | | $7,149.10 |
| Brewer & Company of WV<br>3601 7th Avenue<br>Charleston, WV 25387 | | | | | | $4,880.00 |
| Bruceton Powerwashing<br>55 Webster Run Drive<br>Bruceton Mills, WV 26525 | | | | | | $11,984.00 |
| Digital Ignite LLC<br>1049 Morrison Drive Suite 201<br>Charleston, SC 29403 | | | | | | $12,000.00 |
| Elise A.I. Technologies Corp.<br>P.O. Box 8084<br>Carol Stream, IL 60197 | | | | | | $6,966.00 |
| Foxen Administration, LLC<br>333 W. Nationwide Blvd<br>Columbus, OH 43215 | | | | | | $7,001.35 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | | | | | | $13,659.81 |

Debtor **NB Mountain Valley Leaseco, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MonPower** <br> **341 White Pond Drive** <br> **Akron, OH 44320** | | **Utility Service** | | | | $112,517.30 |
| **Morgantown Utility Board** <br> **278 Greenbag Road** <br> **P.O. Box 852** <br> **Morgantown, WV 26507** | | **Utility Service** | | | | $33,334.58 |
| **MT State Trailer Rental, Inc.** <br> **482 Lower Aaron's Creek Rd** <br> **Morgantown, WV 26508** | | | | | | $3,434.00 |
| **Myers Lawn and Land Services** <br> **20 Morgantown Street** <br> **Fairchance, PA 15436** | | | | | | $14,098.00 |
| **Nelson Partners Property Management, Inc** <br> **180 Avenida La Pata** <br> **San Clemente, CA 92673** | | | | | | $159,204.57 |
| **Panhandle Cleaning & Restoration, Inc.** <br> **42 38th Street** <br> **Wheeling, WV 26003** | | | | | | $14,234.89 |
| **Platinum Cleaning Company, LLC** <br> **118 Inlet Street** <br> **Morgantown, WV 26508** | | | | | | $10,875.00 |
| **PT Cleaning LLC** <br> **476 Greenwood Dr** <br> **Canonsburg, PA 15317** | | | | | | $2,162.40 |
| **Quadient Inc** <br> **Dept 3689** <br> **P.O. Box 123689** <br> **Dallas, TX 75312** | | **Postage service** | | | | $35,579.22 |
| **Rent College Pads, Inc.** <br> **1101 North Market Street** <br> **Suite 200** <br> **Milwaukee, WI 53202** | | | | | | $3,990.00 |

Debtor  **NB Mountain Valley Leaseco, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rentable**<br>**P.O. Box 7640**<br>**Madison, WI 53707** | | | | | | $2,739.33 |
| **Security Systems of America**<br>**475 Ardmore Blvd**<br>**Pittsburgh, PA 15221** | | | | | | $3,469.73 |
| **Xfinity**<br>**PO Box 37601**<br>**Philadelphia, PA 19101** | | **Utility Service - Cable/Internet** | | | | $110,246.25 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

NB Mountain Valley Leaseco, LLC
1100 Via Callejon
Suite A
San Clemente, CA 92673


Stephen L. Thompson
Barth & Thompson
P.O. Box 129
Charleston, WV 25321


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693


Brewer & Company of WV
3601 7th Avenue
Charleston, WV 25387


Bruceton Powerwashing
55 Webster Run Drive
Bruceton Mills, WV 26525


Chris Neilson
Trigild IVL
8111 Douglas Avenue
Suite 600
Dallas, TX 75225


Digital Ignite LLC
1049 Morrison Drive
Suite 201
Charleston, SC 29403


Elise A.I. Technologies Corp.
P.O. Box 8084
Carol Stream, IL 60197


Fannie Mae
c/o Prudential Multifamily Mortgage LLC
2100 Ross Avenue, Suite 2500
Dallas, TX 75201


Foxen Administration, LLC
333 W. Nationwide Blvd
Columbus, OH 43215

```
HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150


Jeffrey G. Wilhelm
ReedSmith LLP
225 Fifth Avenue
Pittsburgh, PA 15222


Kings III of America, Inc
751 Canyon Drive
Suite 100
Coppell, TX 75019


MonPower
341 White Pond Drive
Akron, OH 44320


Morgantown Utility Board
278 Greenbag Road
P.O. Box 852
Morgantown, WV 26507


Mountain State Waste
P.O. Box 3706
New York, NY 10008


MT State Trailer Rental, Inc.
482 Lower Aaron's Creek Rd
Morgantown, WV 26508


Myers Lawn and Land Services
20 Morgantown Street
Fairchance, PA 15436


Nelson Partners Property Management, Inc
180 Avenida La Pata
San Clemente, CA 92673


Opiniion
300 S 1350 E - FL 3
Lehi, UT 84043
```

Panhandle Cleaning & Restoration, Inc.
42 38th Street
Wheeling, WV 26003


Platinum Cleaning Company, LLC
118 Inlet Street
Morgantown, WV 26508


PT Cleaning LLC
476 Greenwood Dr
Canonsburg, PA 15317


Quadient Inc
Dept 3689
P.O. Box 123689
Dallas, TX 75312


Rent College Pads, Inc.
1101 North Market Street
Suite 200
Milwaukee, WI 53202


Rentable
P.O. Box 7640
Madison, WI 53707


Security Systems of America
475 Ardmore Blvd
Pittsburgh, PA 15221


Shady Rays
40 Kingbrook Parkway, Suite 1
Simpsonville, KY 40067


Sorensen Entity Services LLC
1201 Orange St   #7044
Wilmington, DE 19801


Star City Volunteer Fire Department
P.O. Box 13895
Charleston, WV 25360


Touch of Color Flooring Inc.
6303 Allentown Blvd
Harrisburg, PA 17112

```
Tri State Exterminating LLC
PO Box 279
Dellslow, WV 26531


Uloop, Inc.
13157 Ludlow Ave.
Huntington Woods, MI 48070


Winstar Marketing
12400 W Hwy 71
Suite 350-345
Austin, TX 78738


Xfinity
PO Box 37601
Philadelphia, PA 19101


Zumper, Inc
Dept 0354
PO Box 120354
Dallas, TX 75312
```